MAYER, BROWN, ROWE & MAW LLP
IAN N. FEINBERG (SBN 88324)
MICHAEL A. MOLANO (SBN 171057)
JOSHUA M. MASUR (SBN 203510)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

KENNETH E. KELLER (SBN 71450)
CHRISTOPHER T. HOLLAND (SBN 164053)
MICHAEL D. LISI (SBN 196974)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
THE QUEST GROUP, d/b/a AUDIOQUEST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE QUEST GROUP d/b/a AUDIOQUEST, <br><br> Defendant. | Civil Action No. CV 04-0005 MHP (E-File) <br><br> **STIPULATION TO RESET HEARING AND BRIEFING SCHEDULES FOR PENDING AND ANTICIPATED MOTIONS, AND TO MODIFY PAGE LIMITS, AND [PROPOSED] ORDER** <br><br> The Honorable Marilyn Hall Patel |

PADB 44007495.1

STIPULATION TO RESET HEARING AND BRIEFING SCHEDULES FOR PENDING AND
ANTICIPATED MOTIONS, AND TO MODIFY PAGE LIMITS, AND [PROPOSED] ORDER
CASE NO: CV 04-0005 MHP (E-FILE)

1  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Monster Cable Products, Inc. ("Monster Cable") and Defendant The Quest Group d/b/a AudioQuest ("AudioQuest"), through their respective counsel and subject to the approval of this Court, that the briefing and hearing schedule set forth below shall apply to the following pending and anticipated motions: (1) AudioQuest's Motion for Summary Judgment Or, In The Alternative, Summary Adjudication of Non-Infringement ("AudioQuest's Motion") (Docket No. 59); (2) Monster Cable's Motion for Leave to Amend Its Infringement Claim Charts ("Motion to Amend")(Docket No. 70); and (3) Monster Cable's anticipated motion for summary judgment or adjudication. The first two motions are currently set for hearing on June 27, 2005. The parties have agreed to continue the current briefing and hearing schedule for those pending motions so that all of the motions may be heard at the same time, thereby conserving the resources of both the Court and the parties.

The parties further stipulate, subject to the approval of this Court, that the page limit for Monster Cable's anticipated motion for summary judgment or adjudication, and for AudioQuest's opposition thereto, shall be increased to no more than 45 pages, and that the page limit for Monster Cable's reply in support of its motion for summary judgment or adjudication shall be increased to no more than 25 pages. These are the same page limits allowed by the Court in connection with AudioQuest's pending summary judgment/adjudication motion.

The proposed briefing and hearing dates, as well as the proposed modifications to the pages limits, as follows:

| ACTION | DEADLINE TO FILE |
|---|---|
| Monster Cable's Amended Motion to Amend Its Infringement Charts | May 31, 2005 |
| Monster Cable's Opposition to AudioQuest's Motion for Summary Judgment/Adjudication (not to exceed 45 pages, per previous Court Order) | June 7, 2005 |
| Monster Cable's affirmative motion for summary judgment/adjudication (not to exceed 45 pages) | June 8, 2005 |
| AudioQuest's Opposition to Monster Cable's Motion to Amend | June 17, 2005 |

2

| | |
|---|---|
| Monster Cable's Reply in Support of Its Motion to Amend | June 24, 2005 |
| • AudioQuest's Opposition to Monster Cable's motion for summary judgment/adjudication (not to exceed 45 pages) | June 27, 2005 |
| • AudioQuest's Reply in Support of Its Motion for Summary Judgment/Adjudication (not to exceed 25 pages, per previous Court Order) | |
| Monster Cable's Reply in support of Its Motion for Summary Judgment/Adjudication (not to exceed 25 pages) | July 5, 2005 |
| Hearing on All Motions | ~~July 18, 2005~~ July 25, 2005 at 2:00 pm |

This stipulation is not entered into for purposes of delay on behalf of either party. Other than the proposed modifications described above, the parties do not believe that the proposed schedule will affect or delay any of the other deadlines in this case. In addition, the parties agree that by entering into this stipulation, neither party is conceding the validity of any argument offered by the other party in its briefs, nor waiving any rights with respect to the arguments raised in its own briefs.

3

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 26, 2005 | MAYER, BROWN, ROWE & MAW LLP |
| 3 | | |
| 4 | | By: /s/ |
| 5 | |     Ian N. Feinberg<br>    Michael A. Molano<br>    Joshua M. Masur |
| 6 | |     Attorneys for Plaintiff<br>    Monster Cable Products, Inc. |
| 7 | | |
| 8 | Dated: May 26, 2005 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |

By: /s/
    Kenneth E. Keller
    Christopher T. Holland
    Michael D. Lisi
    Lori Behun
    Attorneys for Defendant
    The Quest Group d/b/a AudioQuest

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 31, 2005

_____
Honorable Marilyn Hall Patel
Chief Judge, United States District Court

*[Seal: United States District Court, Northern District of California — Judge Marilyn H. Patel]*

4

STIPULATION TO RESET HEARING AND BRIEFING SCHEDULES FOR PENDING AND
ANTICIPATED MOTIONS, AND TO MODIFY PAGE LIMITS, AND [PROPOSED] ORDER
CASE NO: CV 04-0005 MHP (E-FILE