1  MAYER, BROWN, ROWE & MAW LLP
   IAN N. FEINBERG (SBN 88324) ifeinberg@mayerbrownrowe.com
2  MICHAEL A. MOLANO (SBN 171057) mmolano@mayerbrownrowe.com
   JOSHUA M. MASUR (SBN 203510) jmasur@mayerbrownrowe.com
3  Two Palo Alto Square, Suite 300
   3000 El Camino Real
4  Palo Alto, CA  94306-2112
   Telephone:   (650) 331-2000
5  Facsimile:   (650) 331-2060

6  Attorneys for Plaintiff
   MONSTER CABLE PRODUCTS, INC.
7
   KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
8  CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
9  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
10 San Francisco, CA  94104
   Telephone: (415) 249-8330
11 Facsimile: (415) 249-8333

12 Attorneys for Defendant
   THE QUEST GROUP, d/b/a AUDIOQUEST
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19 MONSTER CABLE PRODUCTS, INC.,          Civil Action No. CV 04-0005 MHP (E-File)

20              Plaintiff,               **STIPULATION AND [~~PROPOSED~~]**
                                         **ORDER PERMITTING**
21     v.                                **ELECTRONIC/COMPUTER**
                                         **EQUIPMENT INTO FEDERAL**
22 THE QUEST GROUP d/b/a AUDIOQUEST,      **COURTROOM**

23              Defendant.               Date:      July 25, 2005
                                         Time:      2:00 p.m.
24                                       Judge:     Hon. Marilyn Hall Patel
                                         Courtroom: 15, 18th Floor
25

26

27

28

FILED

JUL 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PADB 44007495.1

1     IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Monster Cable Products,

2   Inc. ("Monster Cable") and Defendant The Quest Group d/b/a AudioQuest ("AudioQuest"),

3   through their respective counsel and subject to the approval of this Court, that in connection with

4   the hearing on the parties' cross-motions for summary judgment and related motions, set for July

5   25, 2005 at 2:00 p.m., Monster Cable and AudioQuest, through their attorneys and graphics

6   personnel, shall be permitted to bring into the courtroom of the undersigned, and to use, on July

7   25, 2005, computer/electronic equipment, including the following:

8        •     Projector with stand;

9    *AW*  •      Screen;

10       •     Three monitors;

11       •     Switching device;

12       •     Cables for attaching equipment;

13       •     Audio amplifier and speakers; and

14       •     BK Precision voltmeter with battery attachment.

15     THE PARTIES FURTHER STIPULATE, subject to the approval of this Court, that

16   Monster Cable and AudioQuest, through their attorneys, shall be permitted to bring into the

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

2

1  courtroom of the undersigned, and to use, laptops and related software on July 25, 2005.

2

3  Dated: July 15, 2005                    MAYER, BROWN, ROWE & MAW LLP

4

5                                          By:____/s/_____
                                               Ian N. Feinberg
6                                              Michael A. Molano
                                               Joshua M. Masur
7                                              Attorneys for Plaintiff
                                               Monster Cable Products, Inc.

8

9  Dated: July 15, 2005                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

10

11                                         By:____/s/_____
                                               Kenneth E. Keller
12                                             Christopher T. Holland
                                               Michael D. Lisi
13                                             Lori Behun
                                               Attorneys for Defendant
14                                             The Quest Group d/b/a AudioQuest

15
   *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that*
16 *the signatory's concurrence in the filing of this document has been obtained.*

17

18
   PURSUANT TO STIPULATION, IT IS SO ORDERED:
19

20
21 Dated: _____7-70_____, 2005

22                                         _____
                                           Honorable Marilyn Hall Patel
23                                         Chief Judge, United States District Court

24

25

26

27

28                                         3