FILED
AUG 26 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 MAYER, BROWN, ROWE & MAW LLP
IAN N. FEINBERG (SBN 88324) ifeinberg@mayerbrownrowe.com
2 MICHAEL A. MOLANO (SBN 171057) mmolano@mayerbrownrowe.com
JOSHUA M. MASUR (SBN 203510) jmasur@mayerbrownrowe.com
3 Two Palo Alto Square, Suite 300
3000 El Camino Real
4 Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
5 Facsimile: (650) 331-2060

6 Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.
7
KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
8 CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
9 KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
10 San Francisco, CA 94104
Telephone: (415) 249-8330
11 Facsimile: (415) 249-8333

12 Attorneys for Defendant
THE QUEST GROUP, d/b/a AUDIOQUEST
13

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., | Civil Action No. CV 04-0005 MHP (E-File) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE TOLLING APPEAL DEADLINES |
| v. | |
| THE QUEST GROUP d/b/a AUDIOQUEST, | [Fed. R. Civ. P. 58(c)(2)] |
| Defendant. | |

24      WHEREAS, on August 8, 2005, pursuant to Federal Rule of Civil Procedure 58, the Court

25 entered judgment in the above-titled matter;

26      WHEREAS, Federal Rule of Appellate Procedure 4(a)(1)(A) requires that "the notice of

27 appeal required by Rule 3 must be filed with the district clerk within 30 days after the judgment

28 or order appealed from is entered," *i.e.*, no later than September 7, 2005;

STIPULATION AND [PROPOSED] ORDER RE TOLLING APPEAL DEADLINES
CASE NO: CV 04-0005 MHP (E-FILE)

1     WHEREAS, Plaintiff Monster Cable Products, Inc. ("Monster Cable") intends to file a notice of appeal from the August 8, 2005 judgment;

3     WHEREAS, Defendant The Quest Group d/b/a AudioQuest's ("AudioQuest's") Motion for Attorneys' Fees, docket no. 129, is currently calendared for hearing on September 26, 2005, after Monster Cable's notice of appeal must be filed;

6     WHEREAS, under Federal Rule of Civil Procedure 58(c), a motion for attorneys fees does not toll the deadline to file the notice of appeal unless "the court [acts] before a notice of appeal has been filed and has become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59";

10     WHEREAS, the parties understand that AudioQuest's Motion for Attorneys' Fees may give rise to a second appeal; and

12     WHEREAS, the parties wish to avoid any unnecessary costs or procedural duplication that might be caused by the filing of two separate appeals from the orders of this Court;

14     IT IS THEREFORE HEREBY STIPULATED BY AND BETWEEN Plaintiff Monster Cable Products, Inc. ("Monster Cable") and AudioQuest, through their respective counsel, and the parties hereby respectfully request that the Court enter an order pursuant to by Federal Rule of Civil Procedure 58(c), that AudioQuest's Motion for Attorneys' Fees shall toll the deadline for the filing of any notice of appeal in this action, and that the deadline for filing any such notice of

//
//
//
//
//
//
//
//
//

1

1  appeal shall be 30 days after the entry of the Court's order adjudging AudioQuest's Motion for
2  Attorneys' Fees.

4  Dated: August 25, 2005        MAYER, BROWN, ROWE & MAW LLP

                                  By: *Joshua M. Masur*
                                      Ian N. Feinberg
                                      Michael A. Molano
                                      Joshua M. Masur
                                      Attorneys for Plaintiff
                                      Monster Cable Products, Inc.

10 Dated: August 25, 2005        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                  By: *Michael D. Lisi*
                                      Kenneth E. Keller
                                      Christopher T. Holland
                                      Michael D. Lisi
                                      Lori Behun
                                      Attorneys for Defendant
                                      The Quest Group d/b/a AudioQuest

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 8/26, 2005                 _____
                                  Honorable Marilyn Hall Patel
                                  Chief Judge, United States District Court